**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Scott Virgil DROUIN, Defendant–
Appellant.**

**No. 08–40113
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

John Albert Craft, U.S. Attorney's Office Eastern District of Texas, Beaumont, TX, for Plaintiff-Appellee.

Frank W. Henderson, U.S. Attorney's Office Eastern District of Texas, Beaumont, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Scott Virgil Drouin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Drouin has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.